■ In the Matter of EDWARD P. HEATER, against MAYOR OF THE CITY OF NEW YORK.— Motion granted insofar as to dispense with the printing of the record on review and the petitioner's points and to permit the proceeding to be heard upon the original record and upon typewritten petitioner's points on condition that the petitioner serves one copy of the typewritten petitioner's points upon the Corporation Counsel and files six copies thereof, together with the original record, with this court on or before January 5, 1960, with notice of argument for the February 1960 Term of this court. The petitioner is to serve one photostatic copy of each exhibit upon the Corporation Counsel and file five photostatic copies of each exhibit with this court at the time of filing the original record. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ JOHN COMERFORD, Individually, and as Administrator of the Estate of JOHN COMERFORD, Deceased, v. GREATER NEW YORK COUNCILS — BOY SCOUTS OF AMERICA.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ EDWARD TOLEDANO v. ROGER WHITE et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the appellants' points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ A. C. ISRAEL COMMODITY CO., INC. v. JOSE E. SIMAO, Defendant. BANCO LISBOA & ACORES, Respondent.— Motion for stay dismissed as academic by virtue of the decisions of this court in Israel Commodity Co. v. Simao (9 A D 2d 676), and the stay contained in the order to show cause dated October 9, 1959 is vacated. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

## (October 29, 1959)

■ CROWELL-COLLIER PUBLISHING COMPANY et al., Respondents, v. SAMUEL JOSEFOWITZ et al., Individually and as Trustees under the FENIA JOSEFOWITZ TRUST, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Settle order fixing date for the discovery and inspection to commence. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SHIRLEY NOELTE, Appellant, v. GUARANTY TRUST COMPANY OF NEW YORK, as Successor Executor of CORNELIUS F. KELLEY, Deceased, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL H. MARTINSON, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ JOHN DOHERTY, Respondent, v. IRVING PEISER, Doing Business as PEISER FLOOR COMPANY, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ MCLEAN TRUCKING COMPANY v. VINCENT DOYLE, as President of High-way & Local Motor Freight Drivers, Dockmen and Helpers, Local No. 707,